**UNITED STATES of America v. William DURKOVICH, Administrator of the Estate of Mary Elizabeth Durkovich, deceased.**

No. 3685.

Circuit Court of Appeals, Tenth Circuit.

April 6, 1948.

Everett M. Grantham, U. S. Atty., of Santa Fe, N. M., for appellant.

Before PHILLIPS, HUXMAN and MURRAH, Circuit Judges.

PER CURIAM.

Docketed and dismissed April 6, 1948, on motion of appellant.